# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

SEP 11 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

William Scott Sloan
[You are the PLAINTIFF, print your full name on this line.]

v.

Sheriff Dwayne Burgess ~~et al~~
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:23CV387
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Sheriff Dwayne Burgess, Sheriff of Johnson County Indiana | 1091 Hospital Rd Franklin, IN 46131 |
| 2 | Major Reinhart, Deputy of Johnson County Indiana | 1091 Hospital Rd Franklin, IN 46131 |
| 3 | Lt. C. Kakavecos, Deputy of Johnson County Indiana | 1091 Hospital Rd Franklin, IN 46131 (Cont. on Page A1) |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __8__

2. What is the name and address of your prison or jail? Johnson County Jail 1091 Hospital Rd Franklin, IN 46131

3. Did the event you are suing about happen there? ☒ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? February 2nd 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

A1

| # | Name / Title | Address |
|---|---|---|
| 4 | Deputy Vandagrifft<br>Deputy of Johnson County Indiana | 1091 Hospital Rd<br>Franklin, IN 46131 |
| 5 | SGT. Kendal<br>Deputy of Johnson County Indiana | 1091 Hospital Rd<br>Franklin, IN 46131 |
| 6 | Unknown Officer #1<br>Deputy | 1091 Hospital Rd<br>Franklin, IN 46131 |
| 7 | Unknown Officer #2<br>Deputy | 1091 Hospital Rd<br>Franklin, IN 46131 |
| 8 | Nurse Melinda of Advanced Correctional Healthcare<br>Head Nurse / Healthcare Provider | 1091 Hospital Rd<br>Franklin, IN 46131 |

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
    DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
    DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On Feb 2nd, 2022 between 1:00pm and 1:15pm, while I was a Pretrial detainee at Johnson County Jail, I was attacked by another inmate named Marthan Lewis who was known by officers to be racially violent. He was upset about sharing the dayroom TV and held me responsable when several inmates were watching TV at that time.

2. He began verbally threatening me and smashed my coffee cup I had sitting with me in the day room. When that did not provoke me he yelled obscenities at me trying to lure me into his cell to fight. I loudly announced "I'm not going to fight you." All the noise was enough to wake sleeping inmates and I'm sure I was making enough noise to alert nearby guards or the control room officer who was 40 ft away behind a window that overlooks our dayroom.

3. When I would not enter his cell he went into my cell saying he was going to destroy more of my property. I kept my seat until I saw him rummaging around at my bunk. I entered my cell with my palms raised, in surrender, to talk to him. I told him there is no need to do this and reminded him that he had been told by Sgt. Kendal that he would not come back to the dorm if he was involved in another altercation. When I turned to

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

leave the cell the door was held shut by a crowd of inmates outside the cell which should have been noticed by the control room guard either by Camera or through the window in the Control room.

4. After I had turned away I was struck on the left side of my head. This caused me to stumble so I grabbed the bunk on my right, which was occupied by Markus Frankde, to keep from falling. I was hit several more times from behind on the left and right side of my head. I do not know how many times I was hit but officers later told me I was hit about a dozen times in the head.

5. When Lewis was finished beating me the inmates let him out of the cell. I knew right away my jaw was broken. It was very painful, my jaw was askew to the left, my nose was bleeding and there was a ringing in my right ear. No officers had shown up dispite cameras that are being monitored, the noise being made and the security walkthru officers are obligated to do hourly. I pressed the emergency call button for medical assistance. I was transported to Johnson Memorial Hospital where they informed me my jaw was broken on both sides, my nose was broken and I had a perforated right ear drum. I was then transported to Methodist in Indianapolis for surgery to repair my jaw that took place 2 days later. I remained at the hospital awaiting surgery.

6. During my stay at the hospital I was watched by 2 guards from the jail in 12hour shifts. The first night I was watched by Officer Tomey and Officer Scrogham. After the previous officers left Mrs. Tomey asked me (cont. pg. B1)

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
- ◯ Before I was confined.
- ☒ While I was confined awaiting trial.
- ◯ After I was convicted while confined serving the sentence.
- ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
- ☒ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ◯ No, this event is not grievable at this prison or jail.
- ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ◯ Yes, this event was grievable, but I did not file a grievance because _____

I used the grievance system however the system is electronic. I requested copies of grievances several months before my transfer out of the jail but never received them.

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

$100,000 compensatory damages for pain suffering and failure to provide adequate medical service. $200,000 punative damages against the Sheriff's Department of Johnson County responsable for the Jail. Injunction's to enforce/enact policy concerning violent inmates. Also, injunction for external review of all policy concerning inmate safety.

[Initial Each Statement]
- WS  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- WS  I will keep a copy of this complaint for my records.
- WS  I will promptly notify the court of any change of address.
- WS  I WILL NOT send more than one copy of any filing to the court.
- WS  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- WS  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on  9 / 4 /20 23  at  10  am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_William Sloan_                                              _290119_
Signature                                                    Prisoner Number

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

What happened, and I told her. She was unsurprised stating "He said he was a changed man, yeah right." This was a comment on previous incidents.

7. The next day I was watched by Officer Gauer and a female officer but I cannot remember her name. After the previous officers had left the female officer settled in a chair to my right with note cards and markers to keep busy. Officer Gauer sat down to my left and began talking candidly about the incident. He told me he had seen the camera footage then asked how I was doing. I said I was ok, I just can't beleive this happened over a TV. Officer Gauer said this was not the first time and stated "We knew he was going to go on somebody, we just didn't think it would be you, Sloan."

8. I returned to Johnson County Jail after my surgery was completed. I was housed in an "HD" cell in the booking area because of my injury. Also due to being under investigation for disciplinary infractions which was a surprise to me. Two days later officer Gauer was escourting the nurse for med-pass. I asked officer Gauer about what he said at the hospital. I asked "When you said 'We knew he was going to go on somebody, we just didn't know it would be you, Sloan' who was "We"? He attempted to change what he said and

Stated "what I meant was we thought Lucas was going to go on someone, not Lewis". Lucas being Garry Lucas who was also in our dorm at that time. This was completely different from his previous statement. He had clearly said Lewis at the hospital and Mr. Lucas has been far from violent to anyone and was very friendly during the time I had known him. Mr. Lewis was the opposite and was violent and confrontational since coming to Johnson County Jail.

9. I do not know exactly when Mr. Lewis came to Johnson County Jail but it was about March 2021. He was initially housed in an "HD" cell due to threats to inmates and staff. I know this from comments made by staff while they did their security walk-thru in our dorm, which was "N" dorm at that time. Several times officers would comment about an individule housed in "HD" who was causing issues. They did not state the name of the inmate but said he was Muslim. I asked sometimes about this inmate and officers would tell about threats to other inmates, staff, involving racial comments and sexual comments to female officers. These were one of the reasons for his isolation.

10. One to two weeks later an officer was doing a security walkthru and made a commen to our dorm about us getting a new inmate. I asked who were we getting?

The officer told us it was a guy they have housed in "HO". I asked if it was the guy that's been giving them problems? He replied "Now he is your problem". An hour later officers escorted Mr. Lewis to the dorm. He is a mid 20's African American who claims to be a member of the MSTA. He spoke very little at first except to the few other African American inmates. Days later I was taken to segregation. I was in seg until August.

11. In June or July Mr. Lewis was escorted to segregation by 6 officers, due to resisting, for allegedly slapping another inmate. He was housed with me and later plea'd guilty to battery against another inmate and resisting officers. After a week we were joined by Brandon Howie who was coming back from another facility and spent 10 days in our cell for quarantine due to policy enacted by the state during Covid. During our time in seg Lewis initially spoke little, only sleeping and performed salats several times a day. Soon Lewis began speaking to myself and Howie telling some of his time in prison and his unorthodox beliefs. Mr. Lewis spoke of his hatered for cops and thought them cowards for using 6 officers to escort him. He spoke of his time at "The Farm" where he would "beat ass everyday" and "Fighting is what I do". He said he met true muslims at the farm

and they taught him the true American History. He said the Moores were the first peoples in this country and 1000 years ago the Moores evolved white people from monkeys as a slave race for Moores but white people rebelled and enslaved the Moores and that was the start of black slavery.

12. What he learned about "True American History" from other muslims at The Farm, arguing with officers and ~~sgt praying~~ praying was how the next month went. When his seg time was up he had to remain because the inmate he slapped was in the dorm and policy prevented inmates with current or previous sex offenses to be housed any where other than "N" dorm.

13. I was returned to N dorm in August. That was when SGT. Kendal told me about Lewis slapping another inmate. Kendal said Lewis slapped this inmate for walking in the dayroom while Lewis was praying. Other inmates in the dorm told me their experience with Lewis. He often tried to instigate fights over trivial things like difference of opinion or card games. Also he intimidated inmates who disagreed with his version of history.

14. Lewis returned to the dorm when the slapped inmate left. During Sept/Oct Lewis and several other

inmates got into an altercation. 3 African American inmates, Lewis, Dante Hines, Darius Birk, got into an arguement with, Streeval, Stenson, Hawn, about slavery. Lewis, Hines, and Birk believe slavery is still happening in America and the others disagreed. At one point Lewis shoved Hines at the 3 white inmates and said "GET EM Dante" this started a fight between the 6. Black versus white. It lasted a few minutes then they broke up and went to their bunks. Lewis' bunk was by mine and when he come and lay down he stated "I told you boy this is what I do, I fight". Minutes later officers came and took all 6 to seg. Stenson, Streeval, Hawn, Hines, and Birk were returned to the dorm the next day. Lewis was brought back the day after that. We told officers about the intimidation and Lewis starting that fight but he was still placed in the dorm.

15. In November 2021 'N dorm inmates were moved to "S" dorm. About that time Moses Collins was placed with us. Also being African American he gravitated toward Lewis. They claimed the same STG. Our new dorm had 8 4man cells. Collins and Lewis moved to the same cell, prayed together, and often conversed privately. Another inmate celled with them told the rest of us that Collins spent a lot

of time hyping Lewis up and feeding his paranoia. He would tell Lewis none of the other inmates show him any respect and spoke badly about him.

16. Over weeks Lewis was more and more irritated and confrontational. He would threaten inmates over petty disagreements. Almost daily Lewis would demand someone shut up or step in the room. We all knew he meant step in the room to fight. In January at lockdown (9pm) he called the whole dorms' attention to tell us if we don't show him respect and got something to say to him that they can go to any one of these cells and handle it. At that time myself, Garry Lucas and a couple others told him we have no problem with him and it was Collins was the only one causing problems. After that several of us sent electronic messages out telling what was happening with Lewis and Collins. A few weeks later the attack happened.

17. During my time in HD I sent many requests and greivances through the electronic system. I tried to get officers who knew about Lewis' violent tendancies to advocate for me but many were ignored. I sent a message to Lt. Kakavecos about my conversation with Gauer without giving his name. The Lt. came to my cell and slapped a

printout on my door window and said "Read It." It was my greivance and he demanded a name. I told him that I was afraid to say. He told me he cannot take my report as credible without a name. I told him who thinking he would help but he did not. He went to Gauer and told him not to speak to me further. Gauer told me this a few weeks later. Nearly all the requests and greivances issued were ignored or was told "Thats not what really happened" that I was lying or to tell it to my hearing officer. Lt. Kakavecos even told me I was the one who started the fight.

18. Later I was found guilty of all infractions. I was given 30 days in seg while Mr. Lewis received no disciplinary sanctions after hospitalising another inmate. I sent many messages asking for an investigation on the issue and was told they had an investigation and I was guilty. I even sent a letter to sheriff Burgess and told him I was wrongfully accused and a violent inmate went unpunished. I informed him all that happened but got no response. I now know Sheriff Burgess, Major Reinhart, Lt. Kakavecos, and SGT. Kendal disregarded danger to White inmates speciffically because they were in the Sex Offender dorm. Some officers would tell us alot of

the disparities we experienced was because we were in a sex offender dorm.

19. During my two and a half years I spent in Johnson County Jail awaiting trial I personally experienced complete disregard for my safety and rights reserved by the constitution. In March 2020 I was using the Law Library on our electronic kiosk that is available during non-Lockdown hours, When officer Vandagrifft was walking down the hall in front of our dorm when he entered our dorm for the sole purpose of logging me out of the Law Library saying "you can't use that". I greived the incident and Lt. Kakavecos replied saying I do not have any rights to the law library because I have an attorney assigned to my case and should let him handle it and any documents I need should come from him.

20. During my time in Seg, March 2021 - August 2021, I was verbally and sexually harrassed by other inmates. They told me I should kill myself and told me they would come into the day room while I was showering and rape me or mess me up. I sent requests and greivances on this matter. In one response from Lt. Kakavecos he said If I can't take it then he can move me to a padded cell and would be subject to those restrictions. Those are No bedding, no clothes, and no property. I took this as a threat

to stop complaining or he will make it worse on me. I also sent a request to SGT Hancock about the harrassment. He personally came to my cell and told me there was nothing he can do because those inmates have freedom of speech.

21. During another incident an inmate made vulgar sexual gestures and made sexual comments to me saying he would rape me. This time I filed a PREA complaint on this inmate. Officer Vandagrifft interviewed me remotely via video call on a kiosk. I restated what I said in the complaint and the officer told me sexual harrassment was not really a PREA and he doesn't know why that was in the handbook. He interviewed the inmate next telling him who sent the complaint and what was alleged violating confidentiality laws. The inmate denied all and Vandagrifft told him to not have any contact with me. In his report Vandagrifft said PREA Violation was unsubstantiated dispite witnesses and audio from my phone calls with the inmate yelling vulgarities. I told Vandagrifft of these. But ignored them all.

22. Another incident in N dorm I was assaulted by 2 inmates in the dayroom. I was shoved, punched and had a chair kicked at me. This assault lasted just a few minutes. I later reported the incident on the kiosk and a reply said it was being investigated. Nothing was done in this instance.

23. Sheriff Burgess: According to Lt. Shireman, the Sheriff receives daily reports of incidents that go outside the normal operation of the jail. It is safe to say he is fully aware of all incidents and either failed to enact or failed to enforce policy to protect inmates from other inmates who show violent tendancies. I also informed him personally and he never responded. This shows reckless disregard for inmate safety.

24. Major Reinhart: He also receives reports same as sheriff. He is responsible for the jail as a whole and is a creator of policy. The Major also failed to act in response to a threat to inmate safety when made aware.

25. Lt. Kakavecos: He is responsible for day to day operations. He is advised of issues inside the jail and was made aware of what happened by me and actively tried to cover up a continuing threat to inmates when I informed him officers are aware of possible harm to inmates both before and after my assault.

26. SGT. Kendal: Kendal had first hand knowledge of the threat to safety Lewis posed. He spoke with Lewis several times about his conduct and was informed by me of continuing issues with Lewis and Collins. He failed to act on a threat to inmate safety with reckless disregard.

27. Deputy Vandagrifft: He is responsible for internal investigation as well as being supervisor of the Conduct Adjustment Board. He was aware of the violent threat Mr. Lewis posed being involved in investigation of incidents involving Lewis. He could have seperated him from population but failed to do so. He also failed to discipline his assault on me yet made sure I was sanctioned. He abused his authority by adultering disciplinary forms and punishing a victim of violence to cover up the departments failure to protect inmates from a threat by placing blame on victim.

28. I have no doubt the "we" officer Gauer spoke of involved those individules just named. All these officers have the obligation and ability to segregate violent inmates for the safety of others but failed to do so.

29. Unknown officer #1: The officer in charge of the control room on Feb 2, 2022 who's main duty is to watch over the dorms via cameras and alert staff to threats. On this day they failed to do so. The officer either saw what was happening and disregarded it or was distracted by watching videos, playing games, or shopping on the control room computer. This I have witnessed the control officer doing on other occasions. He or she violated an obligation to inmate safety and their duties.

30. Unknown Officer #2: This officer was responsible for doing security checks and hourly walkthrus of the dorm but had not done any checks since before lunch at 11:30, over 2 hours had passed with no check which could have prevented this incident. He or she violated a Obligation to inmate safety.

31. Advanced correctional Healthcare and Head nurse Melinda: Headnurse Melinda of Advanced Correctional Healthcare was responsible for making appointments for follow up care after returning from the hospital. The Doctor who did my follow up care on my Jaw provided a statement saying replacement of dentures was standard medical practice in this instance because my jaw is a different shape now but I was never fit for new dentures. The ENT who did the follow up care for my ear and nose recomended I see a surgeon to repair my nose due to breathing issues but no appointment was made. I asked about these appointments for 6 months and was told by Melinda that the appointments were made. I left Johnson County Jail in Sept of 2022 and have been left without dentures and still have breathing problems associated with my nose.

32. Sheriff Burgess, Major Reinhart, SGT Kendal, Officer Vandagrifft, Lt. Kakavecos, unknown Officer #1 and unknown Officer #2 violated my 14th constitutional right subjecting me to conditions that threatened my safety and causing bodily injury. They failed to act in a reasonable manner by enforcing or implimenting policy to deal with violent inmates and this inaction on their part makes them responsible for my injuries.

33. Advanced Correctional Healthcare and Nurse Melinda are responsible for failing to provide adequate follow-up care in failing to make apropriate appointments and provide adequate Healthcare after the injuries.

34. Due to the reckless disregard of Officers and failure by Healthcare Provider to give proper care I am left with nerve damage in my facial muscles, a deviated septum, breathing problems, difficulty breathing, Pain eating some foods and Post traumatic stress due to Officers actions and inactions.

35. Mr. Lewis' aggression was targeted at Caucasians and the officers of Johnson County Jail knew this and placed him with white inmates even after several attacks on white inmates.